IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KAREN CARTER**                                                                                    **PLAINTIFF**

v.                                        Case No. 4:18-cv-00444-KGB

**MILITARY DEPARTMENT
OF ARKANSAS,** *et al.*                                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Opinion and Order filed on this date, it is considered, ordered, and adjudged that plaintiff Karen Carter's complaint is dismissed (Dkt. No. 1). The relief sought is denied.

So adjudged this 19th day of January, 2023.

_____
Kristine G. Baker
United States District Judge